IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | VIOLATION NO.(s)  2722998 |
| | ) | 2722999 |
| | ) | |
| -v- | ) | EX PARTE ORDER FOR |
| | ) | SUBPOENA OF WITNESS |
| | ) | & ORDER FOR IMMEDIATE |
| | ) | PRODUCTION, PURSUANT TO |
| ANDRE C. BALDWIN | ) | RULES 17 (b) & (c) |

Upon motion of the petitioner, through his counsel, and upon good cause being shown,

**IT IS HEREBY ORDERED** that the Clerk of this Court shall issue a subpoena duces tecum for the following witness to produce records forthwith, pursuant to Rule 17(b) and (c), Federal Rules of Criminal Procedure.

### Subpoena Duces Tecum

**Department of Veterans Affairs**
**Attn: Release of Information**
**WJB Dorn VA Medical Center**
**6439 Garners Ferry Road**
**Columbia, South Carolina 29209**
**Telephone: (803) 776-4000 ext. 6290**

It appearing to the court that the attorney for the defendant has issued a subpoena to: **Department of Veterans Affairs, ATTN: Release of Information, WJB Dorn VA Medical Center, 6439 Garners Ferry Road, Columbia, South Carolina 29209, Telephone: (803) 776-4000 ext. 6290,** for certain records which may be of evidentiary value in the above-entitled case, and it further appearing that these documents are needed

-2-

immediately,

**IT IS THEREFORE ORDERED** that in accordance with Rule 17(c), Federal Rules of Criminal Procedure, the papers, documents or objects, or copies thereof, set forth in the attached subpoena issued to: **Department of Veterans Affairs, ATTN: Release of Information, WJB Dorn VA Medical Center, 6439 Garners Ferry Road, Columbia, South Carolina 29209, Telephone: (803) 776-4000 ext. 6290,** be provided forthwith, to the attorney for the defendant, Katherine E. Evatt, Assistant Federal Public Defender, 1901 Assembly Street, Suite 200, Columbia, South Carolina 29201, telephone number (803) 765-5078, so that they may be inspected and examined. The defendant has signed a release authorizing the release of these records to the attorney.

Upon the closing of the case, the Ex Parte Motion & Order shall be unsealed by the Clerk.

**IT IS SO ORDERED.**

ROBERT L. BUCHANAN, JR.
UNITED STATES MAGISTRATE JUDGE

Columbia, South Carolina

December 20, 2011